**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**


**Oscar Donayd Rivera Zepeda**
      Petitioner

                                     CIVIL ACTION
      V.
                                   NO. **1:26-cv-11929-RGS**


**Lyons et al**
      Respondents


**ORDER OF DISMISSAL**


Stearns, D. J.


In accordance with the  Courts Order filed on May 19, 2026 [Doc. No. 11] it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.


                                    By the Court,


5/19/2026                                 /s/ Jacqueline Martin
    Date                                         Deputy Clerk